UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA MURRAY,

              Plaintiff,

    v.

JAMAL WHITEHEAD, *et al.*,

              Defendants.

Case No. C25-312-SAB

ORDER

      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 2.) After reviewing Plaintiff's IFP application and response to the Court's Order to Show Cause (*see* dkt. ## 2, 6-7), the Court concludes that Plaintiff does not appear to have sufficient funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 2) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Stanley A. Bastian.

//

//

ORDER - 1

Dated this <u>18th</u> day of March, 2025.

                                                            MICHELLE L. PETERSON
                                                            United States Magistrate Judge

ORDER - 2