UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARA MURRAY,<br>Plaintiff,<br>v.<br>JAMAL WHITEHEAD, Federal Judge in his Administrative Capacity; and UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, administrative capacity,<br>Defendants. | No. 2:25-CV-00312-SAB<br><br>**ORDER DENYING MOTION; CLOSING FILE** |

Pending before the Court is Plaintiff's Rule 60(b)(4) and 60(b)(6) Motion to Vacate Void Judgment, ECF No. 20. Plaintiff is representing herself in this matter.

On March 27, 2025, the Court dismissed Plaintiff's First Amended Complaint with prejudice. ECF No. 15. Plaintiff appealed that Order to the Ninth Circuit. On July 16, 2025, the Ninth Circuit dismissed the appeal as frivolous.

Plaintiff asserts the judgment was void for violation of due process and judicial disqualification because the judgment was entered when this Court was a respondent in a live SCOTUS proceeding arising from the same plaintiff, factual allegations, and constitutional claims.

Plaintiff's arguments are frivolous. *See Hoffman v. Tonnemacher*, 593 F.3d

908, 911 (9th Cir. 2010) (district courts have discretion to "weed out frivolous or simply repetitive motions.")

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Rule 60(b)(4) and 60(b)(6) Motion to Vacate Void Judgment, ECF No. 20, is **DENIED**.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 25th day of September 2026.



Stanley A. Bastian
United States District Judge